AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| United States of America | ) |
| v. | ) |
| FuXiong CHEN | ) Case No. **6:24-mj-00009-HBK** |
| | ) |
| *Defendant(s)* | ) |

**FILED**
May 28, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **May 22nd through May 25th** in the county of **Mariposa** in the **Eastern** District of **California**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 36 CFR 2.30 (a)(1) | Obtaining or exercising unlawful possession over the property |
| 36 CFR 2.32 (a)(1) | Intentionally interfering with a government employee or agent engaged in an official duty |
| 36 CFR 2.32 (a)(3) | False information. Knowingly giving a false or fictitious report or other false information: |

**MAXIMUM PENALTIES (EACH COUNT)**
6 months imprisonment,
$5,000 fine,
$10 mandatory special assessment

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Marc Lozano,  U.S Park Ranger
*Printed name and title*

Sworn to me in accordance with Fed.R.Crim.P. 4.1.

Date: 05/28/2024

_____
*Judge's signature*

Hon. Barbara A. McAuliffe, U.S Magistrate judge
*Printed name and title*

City and state: Fresno, CA

# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

## BACKGROUND OF AFFIANT

1. I, Marc Lozano, further state, I am a Law Enforcement Officer ("Officer"), employed by the National Park Service ("NPS"). I have been an Officer with the NPS since 2023 and have worked as an Officer at Yosemite National Park and Crater Lake National Park. I attended a a Federal Law Enforcement Training Center accredited Park Ranger Law Enforcement Academy at Northern Arizona University in 2022.

2. The facts of this criminal complaint are based on my personal observations, on my training and experience, as well as my consultation with other LEOs. This affidavit is intended to show merely that there is sufficient probable cause for the criminal complaint and does not set forth all my knowledge about this matter.

## JURISDICTION

3. The facts set forth in this criminal complaint occurred on May 22, 2024 and May 25, 2024 within the geographic boundaries of Yosemite National Park, California. Yosemite National Park is an area of federally owned public land administered by the NPS. Yosemite National Park is an area of the special maritime and territorial jurisdiction of the United States as defined by Title 18 U.S.C. § 7 (3): "Special maritime and territorial jurisdiction of the United States defined" and by Title 16 U.S.C. § 57: "Yosemite and Sequoia National Parks; exclusive jurisdiction of United States."

4. Yosemite National Park is located within Mariposa, Madera, Mono and Tuolumne Counties, all of which are located within the Eastern District of California.

PAGE 1 OF 5

## CHARGES

5. Based upon the facts set forth in this criminal complaint, I believe probable cause existed to believe that FUXIONG CHEN violated the following laws of the United States on May 22, 2024 and May 25, 2024 within Yosemite National Park:

    a. 36 CFR § 2.30 (a)(1): Misappropriation of property and services. Obtaining or exercising unlawful possession over the property of another with the purpose to deprive the owner of the property.

    b. 36 CFR § 2.30 (a)(1): Misappropriation of property and services. Obtaining or exercising unlawful possession over the property of another with the purpose to deprive the owner of the property.

    c. 36 CFR § 2.32 (a)(1): Interference. Threatening, resisting, intimidating, or intentionally interfering with a government employee or agent engaged in an official duty, or on account of the performance of an official duty.

    d. 36 CFR § 2.32 (a)(3): False information. Knowingly giving a false or fictitious report or other false information: (i) To an authorized person investigating an accident or violation of law or regulation or; (ii) on an application for a permit.

## PROBABLE CAUSE

6. On May 22, 2024, Officer Watson received a report from another Officer that someone had stolen a bicycle and rode off with the stolen bicycle. The owner of the bicycle, a fourteen year old girl, was able to catch up and confront the thief and was then successfully able to take the bicycle back by force. She gave a description of the man as a shorter, older Asian male with grey hair and a grey shirt that was speaking quickly in a language she could not

PAGE 2 OF 5

understand. The girl was not able to recover a bag that was also taken by the male. Later in the day, Officer Watson received a report from another uninvolved employee that her bicycle was stolen from a bike rack near Degnan's Deli. She described her bike as a woman's mint colored Huffy, 26-inch mountain bike with a clear zip tie dangling from the seat. At approximately 2000 hours, near Ranger Y on Village Drive, Officer Watson and Officer Fitzgerald observed an Asian man with a grey sweatshirt riding a woman's mint colored Huffy, 26-inch mountain bike. Officer Watson and Officer Fitzgerald detained the man, and initially identified himself as "Ben Chen" with a date of birth of "05/13/1983". Officer Watson later confirmed CHEN's identification via his New York identification card as Fuxiong CHEN with a date of birth of 05/03/1982. Initially CHEN stated that he was borrowing the bike from someone and later stated that he bought the bike for ten dollars earlier that day. Upon closer inspection, Officer Watson observed a clear zip tie hanging from the seat. Officer Watson arrested and cited CHEN for both incidents of unlawful possession of another's property. CHEN was booked at the Mariposa County Detention Center and released with bailable citations.

7. On May 25, 2024, at approximately 1007 hours, Yosemite Emergency Communications Center (YECC) received a 911 call from a subject in the Lower Pines Campground Site 31 regarding a "hobo" who was in their campsite the night before. Officer Terry and Officer Mosley responded to the call and had the individual relocated. However, on the morning of the 25th the individual had returned and was "staring" at the reporting party who contacted YECC. I, Officer Lozano with Officer Cassling were dispatched to investigate. While enroute at approximately 1034 hours another 911 call was received by YECC from Site 49 in

Lower Pines Campground, which is immediately adjacent from Site 31. The reporting party was reporting a 30's – 40's year old thin Asian male wearing glasses, black flannel shirt, track pants, and a backwards white hat had been going through unattended campsites. Immediately upon arrival at the scene, we saw the reporting party and a man, who was matching the description provided, yelling at each other. The subject then started to walk away from Site 49. I detained the subject and while attempting to identify this man I asked for his identification. The man claimed he did not identification with him. I told him to write his name and birthdate on a notepad. I provided him with a notepad and pen, he then wrote "Ben Fu Chen 5/15/1982". Subject stated he is from New York. I ran this information through YECC and did not receive a return. Sensing that he provided wrong information, I instructed him to write down his full government name. He wrote "Fu Xiong Chen" and confirmed his birthdate as 5/15/1982. I attempted to run the updated information and still did not receive a return. Eventually, Officer Cassling received consent from CHEN to search his belongings. Officer Cassling located CHEN's passport within his belongings and noticed his birthdate was May 3, 1982. I asked CHEN to confirm his birthday a third time, on the third time he wrote "5/3/1982". When I asked CHEN why he lied about his information he stated he lied about his birthday because he didn't want to get in trouble. I placed CHEN under arrest at 1106hrs. While conducting a search incident to arrest, I located his wallet, within that wallet was CHEN's New York identification card.

**CONCLUSION**

Based on the forgoing facts of this affidavit, I believe probable cause existed for the arrest of FUXIONG CHEN for being in unlawful possession of another's property and intentionally interfering with Officers conducting an investigation into a report of disorderly conduct by repeatedly providing Officers with a false name and birth date to avoid responsibility of his actions within Yosemite National Park.

Respectfully submitted,

_____
Marc Lozano
United States Park Ranger
National Park Service

May 25, 2024

Subscribed and sworn to me in accordance with Fed.R.Crim.P 4.1

_____
The Honorable Barbara A. McAuliffe
United States Magistrate Judge
05/28/2024

Approved as to form by:

/s/
_____
Assistant United States Attorney   Jeffrey A. Spivak
05/27/2024