# UNITED STATES DISTRICT COURT
## for the
### Eastern District of California



**FILED**

MAY 28 2024

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES OF AMERICA,

v.

FUXIONG CHEN,

Case No.   **6:24-mj-00009-HBK**

## ORDER SETTING CONDITIONS OF RELEASE
### (Misdemeanor)

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release;

(2) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose;

(3) The defendant shall notify the Court and defendant's counsel of any change of address;

(4) The defendant shall not enter Yosemite National Park except to attend court proceedings or as otherwise authorized by the National Guard; and

(5) The defendant must appear at:   **U.S. DISTRICT COURT, 9004 Castle Cliff Court Yosemite, CA 95389**
*Place*

**before U.S. Magistrate Judge Helena Barch-Kuchta**

on   **JULY 9, 2024 at 10:00 AM**
*Date and Time*

I, the defendant, have received this order of release and have either read all the conditions of release set by the court or had them explained to me. I agree to stay in close contact with my counsel and to apprise my counsel of any change in my conditions and/or contact information. Finally, I agree and understand to all these conditions and understand that a violation of any of these conditions can result in a warrant for my arrest and subsequent detention.

Date: 5/28/24

*Fu Xiong Chen*
*Defendant's signature*

Date: 5/28/24

*Judicial Officer's Signature*

**BARBARA A. McAULIFFE, U.S. MAGISTRATE JUDGE**
*Printed name and title*